

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00734-CV

Sandra **SAKS**, Lee Nick McFadin, III and Margaret Landen Saks,
Appellants

v.

**BROADWAY COFFEEHOUSE, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The appellants' motion for temporary staying enforcement of the judgment is hereby DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court